UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

ELLEN J. O'PHELAN and DAN J. O'PHELAN,

                Plaintiffs,
    vs.                                        CIVIL NO.  5:08-cv-1202

DEBRA HILL INVANOVSKIS, et al.,

                Defendants.

---

<u>Appearances</u>:                                        <u>Of Counsel</u>:

<u>For Plaintiff</u>:

Ellen J. O'Phelan & Dan J. O'Phelan
Pro Se
1736 Cara Loop
Anchorage, AK 99515

<u>For Defendant Debra Hill Invanovskis</u>:

Harris, Beach Law Firm                          Russell E. Maines, Esq.
PO Box 580
119 East Seneca Street
Ithaca, NY 14851-0580

<u>For Defendants Cinquanti Real Estate, Inc., Steven R. Cinquanti & Susan Briggs</u>

MacKenzie, Hughes Law Firm                Stephen T. Helmer, Esq.
101 South Salina Street
PO Box 4967
Syracuse, NY 13221-4967

<u>For Defendant Diann Potter</u>

Hickey, Sheehan Law Firm                      Gregory A. Gates, Esq.
160 - 162 Hawley Street
Binghamton, NY 13902

<u>For Defendant William Briggs</u>

Smith, Sovik Law Firm  Patrick B. Sardino, Esq.
250 South Clinton Street
Suite 600
Syracuse, NY 13202-1252

<u>For Defendants Daniel P. Harding & Emily M. Harding</u>

Williamson, Clune Law Firm  John H. Hanrahan, III, Esq.
317 North Tioga Street
Ithaca, NY 14851-0126

GLENN T. SUDDABY, U.S. DISTRICT JUDGE

## JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

The Court having been advised by counsel that the parties in this action have entered into an agreement in settlement of all claims in this action, and that they reasonably anticipate finalizing their agreement shortly, following which this action will be discontinued, with prejudice, by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Counsel has also advised that no infant or incompetent is a party to this action. Based upon this development, I find that it is not necessary for this action to remain on the calendar of the Court. It is therefore hereby

**ORDERED** that this action is **DISMISSED** in its entirety **without prejudice** pursuant to the procedure as set forth in L.R. 68.2(a) of the Local Rules of this court. This judgment is issued without prejudice to the right of the parties to secure reinstatement of the case within thirty (30) days after the date of this judgment by making a showing that the settlement was not, in fact, consummated; and in the event that no request is made for reinstatement within thirty (30) days of the date of this judgment, the dismissal of this case shall thereafter be **with prejudice**; and it is further

**ORDERED** that the Clerk shall electronically serve copies of this Judgment upon the attorneys for the parties appearing in this action and to serve a copy of this judgment by mail on the Pro Se Plaintiffs.

Dated: March 20, 2009
      Syracuse, New York

Hon. Glenn T. Suddaby
U.S. District Judge